UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-01350-RGK-PLA | Date | October 25, 2018 |
|---|---|---|---|
| Title | Soo Oh v. Song Hui Kim et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

On June 15, 2018, the Court denied plaintiff's motion for default judgment [16]. No further filings have occurred since that date. Plaintiff shall show cause in writing on or before October 31, 2018 why this matter should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

: 

Initials of Preparer  slw