UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOO OH | Case No. 2:18-cv-01350-RGK-PLA |
|                 Plaintiff(s), | |
|    vs. | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| SONG HUI KIM, et al., | |
|                 Defendant(s). | |

On October 25, 2018, the Court issued an Order to Show Cause (OSC) re Dismissal for Lack of Prosecution [17]. A response to the OSC was due by October 31, 2018. As of this date, no response to the OSC has been filed with the Court, therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: NOV 0 7 2018

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE